Case 04-73773   Doc 24   Filed 11/30/07   Entered 11/30/07 10:11:32   Desc Main
Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: AILEEN B. DAVIS  
1319 CHARLES STREET  SSN-xxx-xx-0658  
ROCKFORD, IL  61104

Case Number: 04-73773

Case filed on: 7/27/2004  
Plan Confirmed on: 9/24/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $3,785.12       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 201 | CHASE MANHATTAN MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | AILEEN B. DAVIS | 0.00 | 0.00 | 185.12 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 185.12 | 0.00 |
| 001 | CHASE MANHATTAN MORTGAGE CORP | 41,909.76 | 357.49 | 357.49 | 0.00 |
| 002 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | B-LINE LLC | 322.50 | 322.50 | 120.39 | 0.00 |
| 004 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | JAMIE L. MILOS, D.D.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT SERVICES | 431.63 | 431.63 | 161.12 | 0.00 |
| 010 | NICOR GAS | 162.38 | 162.38 | 60.61 | 0.00 |
| 011 | MUTUAL MANAGEMENT SERVICES | 1,865.54 | 1,865.54 | 696.38 | 0.00 |
| 012 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD MERCANTILE AGENCY INC | 295.43 | 295.43 | 110.28 | 0.00 |
| 015 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | THE NEIGHBORHOOD, BUILT BY MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROBERT MANGRUEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MUTUAL MANAGEMENT SERVICES | 293.01 | 293.01 | 109.38 | 0.00 |
| 019 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,031.08 | 1,031.08 | 384.89 | 0.00 |
|  | Total Unsecured | 46,311.33 | 4,759.06 | 2,000.54 | 0.00 |
|  | Grand Total: | 47,675.33 | 6,123.06 | 3,549.66 | 0.00 |

Total Paid Claimant:     $3,549.66  
Trustee Allowance:       $235.46  
Percent Paid Unsecured:    42.04

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/30/2007           By   /s/Heather M. Fagan